## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

LARRY ISAIAH WILKES,                )
                                    )
            Plaintiff,              )
                                    )
    v.                              )          No. 4:11CV1627 AGF
                                    )
CAMERON R. DANIEL, et al.,          )
                                    )
            Defendants.             )

## MEMORANDUM AND ORDER

On October 21, 2011, the Court ordered Plaintiff to submit an amended complaint and an initial partial filing fee in the amount of $0.68.  Plaintiff requested an extension of time to comply with the order, and the Court ordered Plaintiff to comply no later than January 5, 2012.  On January 3, 2011, Plaintiff responded by moving for an injunction ordering Defendants to give him access to the law library at the St. Louis City Justice Center, where he is detained.  Plaintiff believes he needs access to the law library before he can submit his amended complaint.  Plaintiff also seeks an order directing the Defendants to issue a "green check" to the Court in the amount of $0.68.

In his complaint, Plaintiff complains of being pepper sprayed and put into administrative segregation without food or sanitary conditions.  Plaintiff does not complain about being denied access  to the courts.

"A court issues a preliminary injunction in a lawsuit to preserve the status quo and prevent irreparable harm until the court has an opportunity to rule on the lawsuit's merits.  Thus, a party moving for a preliminary injunction must necessarily establish a relationship between the injury claimed in the party's motion and the conduct asserted in the complaint."  Devose v. Herrington, 42 F.3d 470, 471 (8th Cir. 1994).  In this case, there is no relationship between the injury claimed in the motion and the conduct asserted in the complaint. Consequently, the motion for preliminary injunction will be denied.

Moreover, the Court believes Plaintiff can adequately draft his complaint without the aid of a law library.  The Court has pointed out the defects in the complaint to Plaintiff and has given him an opportunity to fix those defects by filing an amended complaint.  The Court will give Plaintiff an additional opportunity to file an amended complaint and submit his initial partial filing fee.  Plaintiff must submit an amended complaint no later than two weeks from the date of this order.  Plaintiff must attempt to submit his initial partial filing fee of $0.68 within two weeks of the date of this order. If Plaintiff does not submit an amended complaint, this action will be dismissed without prejudice.  If Plaintiff cannot submit his initial partial filing fee, the Court will allow him to proceed without prepayment thereof, and the Court will direct the institution to

withdraw the filing fee from his prison account in accordance with 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for injunctive relief [Doc. 9] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff shall submit an amended complaint no later than fourteen (14) days from the date of this order.  If Plaintiff fails to do so, this action will be dismissed.

**IT IS FURTHER ORDERED** that Plaintiff should submit an initial partial filing fee of $0.68 no later than fourteen (14) days from the date of this order.

Dated this 4th day of January, 2012.


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE